**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

LEE A. FOSTER, JR
ADC #142627 PLAINTIFF

v. 4:26-cv-01170-JM

DOE DEFENDANT

**ORDER**

Plaintiff's Motion seeking permission to voluntarily dismiss this *pro se* action prior to service is GRANTED, and this case is DISMISSED without prejudice. (Doc. 3). Pursuant to Plaintiff's request, the Clerk shall mail him a § 1983 complaint form and an *in forma pauperis* application for confined individuals for future use. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 4th day of November 2026.

UNITED STATES DISTRICT JUDGE