**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

LEE A. FOSTER, JR
ADC #142627 PLAINTIFF

v. 4:26-cv-01170-JM

DOE DEFENDANT

# **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 4th day of November 2026.

UNITED STATES DISTRICT JUDGE